UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**U.S. BANK NATIONAL ASSOCIATION
AS TRUSTEE,**

     **Plaintiff,**

-vs-                Case No. 6:09-cv-77-Orl-28DAB

**LLOYD A. STORY; THE UNKNOWN
SPOUSE OF LLOYD A. STORY; ANY
AND ALL UNKNOWN PARTIES, etc.,**

     **Defendants.**

_____

# ORDER

  This case is before the Court on the Order to Show Cause issued to Lloyd A. Story and Sarah K. Lovejoy-Story as to why the case should not be remanded (Doc. No. 3) filed January 13, 2009, and their response to the Order to Show Cause (Doc. No. 4) filed January 26, 2009. The United States Magistrate Judge has submitted a report recommending that the case be remanded.

  After an independent *de novo* review of the record in this matter, and consideration of the "Return Response Magistrates Recommendations" (Doc. No. 6) filed February 12, 2009 by Lloyd A. Story and Sarah K. Lovejoy-Story, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation filed January 30, 2009 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Clerk is directed to **REMAND** this case to the Ninth Judicial Circuit, Osceola County, Florida, case number 2008-CA-1568 and to thereafter close the file.

3.    U.S. Bank National Association as Trustee may file a motion, within eleven (11) days from the date of this Order, for the costs and fees incurred as a result of the improvident removal for an award against Lloyd A. Story and Sarah K. Lovejoy-Story, jointly and severally. Lloyd A. Story and Sarah K. Lovejoy-Story will have eleven (11) days to respond to the motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 25 day of February, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party